# Court of Appeals
# of the State of Georgia

ATLANTA,  January 15, 2016

*The Court of Appeals hereby passes the following order:*

## A16A0725.  DON ROBERT FAIRCLOTH v. THE STATE.

In 1999, Don Faircloth pled guilty to possession of cocaine.  In October 2015, he filed a motion for an out-of-time appeal, which the trial court denied the following month.  Faircloth has filed a direct appeal from this ruling.

"It is well established that any issue that was raised and resolved in an earlier appeal is the law of the case and is binding on this Court, and that the law of the case doctrine is not confined to civil cases, but applies also to rulings made by appellate courts in criminal cases."  *Ross v. State*, 310 Ga. App. 326, 327 (713 SE2d 438) (2011) (citations and punctuation omitted).  In 2014, we affirmed the denial of a prior motion for an out-of-time appeal Faircloth filed in the same underlying case.  See *Faircloth v. State*, 325 Ga. App. 551 (754 SE2d 133) (2014).  We are precluded from revisiting an issue that has already been decided.  See *Ross*, supra at 328.  Accordingly, this appeal is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  01/15/2016
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*